**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:26-cv-02292

**Martinez Rocha,**
*Petitioner,*
v.
**Ortega, et al.,**
*Respondents.*

**ORDER TO SHOW CAUSE AND VACATING REFERRAL**

Before the Court is the petitioner's petition for a writ of habeas corpus. The Court finds good cause to give the respondents 10 days to respond to this order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than 10 days from this order. The respondents must file with the answer all records relevant to the resolution of the petitioner's habeas petition. The petitioner may file a reply to the respondents' answer by no later than 5 days from the answer. The Court will determine whether a hearing is necessary after it reviews the parties' submissions and may resolve the petition prior to receiving the reply. In addition, the Court vacates the referral of this case to the assigned United States Magistrate Judge and returns the matter to its own docket.

The petitioner is admonished that the petitioner is generally required to raise all issues in the first petition. Successive petitions may be subject to dismissal under the abuse-of-the-writ doctrine. *See Beras v. Johnson*, 978 F.3d 246, 251–52 (5th Cir. 2020). If the petitioner identifies a new claim in the course of litigation, the petitioner is encouraged to amend the

petition so that the Court may fully address all claims in the first instance.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. on the day following the issuance of this order, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition. The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

Copies of all pleadings, motions, and orders will be served electronically upon the United States Attorney for the Western District of Texas, pursuant to Fed. R. Civ. P. 5(b)(2)(E). The Clerk shall mail a copy of this order to the petitioner or petitioner's attorney of record.

*So ordered by the Court on August 24, 2026.*

ANDREW DAVIS
United States District Judge